# United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

```
                                        F I L E D
                                UNITED STATES DISTRICT COURT
                                      DENVER, COLORADO

                                         MAY 31 2007

         May 31, 2007                GREGORY C. LANGHAM
                                            CLERK
```

NOTIFICATION OF MAILING

Re:     07-1168, In Re: Rivera v. -
        Dist/Ag docket:  07-cv-00175-ZLW

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Vincent F. Rivera
FSP-RAIFORD
Florida State Prison
#518548
7819 N W 228th St
Raiford, FL 32026

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

DEPUTY CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In Re: VINCENT F. RIVERA,

Petitioner.

07-CV-00175-ZLW

No. 07-1168

ORDER

Filed May 31, 2007

In an order dated May 3, 2007, the appellant was directed to pay the full filing fee of $455 into the district court by May 17, 2007 or this appeal would be dismissed. Appellant did not comply with that directive. Accordingly, this appeal is dismissed pursuant to Tenth Circuit Rule 42.1.

Entered for the Court
ELISABETH A. SHUMAKER
Clerk of Court

by:
Douglas E. Cressler
Chief Deputy Clerk

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By _____
Deputy Clerk