# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA, # 518548,

    Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Governor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEP'T OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On July 7, 2008, Plaintiff submitted to the Court a "Motion for Reconsider of the Order Denying IFP." The Motion is denied for the same reasons stated in the Court's June 12, 2008, Order.

Dated: July 8, 2008

A copy of this Minute Order mailed on July 8, 2008, to the following:

Vincent F. Rivera
Prisoner No. 518548
Santa Rosa Corr. Institution
5850 East Milton Road
Milton, FL 32583

                                                                   Secretary/Deputy Clerk