# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA, # 518548,

    Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Governor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEP'T OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -1 2008

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion to Reinstate the Case, (Doc. No. 26), Plaintiff filed with the Court on July 14, 2008. The Court dismissed the instant action on May 11, 2007. Plaintiff appealed, and the United States Court of Appeals for the Tenth Circuit dismissed the appeal on June 26, 2008, for lack of prosecution. Therefore, Plaintiff's Motion to Reinstate is inappropriate and will not be considered by the Court in the instant action.

    If Mr. Rivera continues to submit inappropriate filings in the instant action he will be subject to sanctions.

Dated: August 1, 2008

Copies of this Minute Order mailed on August 1, 2008, to the following:

Vincent F. Rivera
Prisoner No. 518548
Santa Rosa Corr. Institution
5850 East Milton Road
Milton, FL 32583

                                          Secretary/Deputy Clerk