IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA, # 518548,

 Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Governor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEP'T OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

 Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

 This matter is before the Court on the Motion to Reopen (Doc. No. 28), Plaintiff filed with the Court on August 15, 2008. Mr. Rivera was warned in the Court's August 1, 2008, that if he continues to submit inappropriate filings in the instant action he will be subject to sanctions. The Motion to Reopen is inappropriate. The Clerk of the Court is instructed to strike the Motion. The Clerk of the Court also is instructed to note the address provided by Plaintiff in the August 15, 2008, Motion.

Dated: August 18, 2008

Copies of this Minute Order mailed on August 18, 2008, to the following:

Vincent F. Rivera
Prisoner No. 518548
Santa Rosa Corr. Institution
5850 East Milton Road
Milton, FL 32583

_____
Secretary/Deputy Clerk