# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA, # 518548,

    Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Governor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEP'T OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 1 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion to Reinstate (Doc. No. 30), Plaintiff filed with the Court on October 20, 2008. Mr. Rivera was warned in the Court's August 1, 2008, that if he continues to submit inappropriate filings in the instant action he will be subject to sanctions. The Motion to Reinstate is inappropriate. The Clerk of the Court is instructed to strike the Motion. Any further filings by Mr. Rivera in the instant action may subject him to further sanctions.

Dated: October 21, 2008

Copies of this Minute Order mailed on October 21, 2008, to the following:

Vincent F. Rivera
Prisoner No. 518548
Santa Rosa Correctional Institute
5850 E. Milton Rd.
Milton, Florida 32583

                                                Secretary/Deputy Clerk