IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA,

        Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Govenor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEPARTMENT OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on November 7, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     <u>X</u>    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     <u>X</u>    is not submitted
     <u>  </u>    is missing affidavit
     <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

      __    is missing required financial information
      __    is missing an original signature by the prisoner
      __    is not on proper form (must use the court's current form)
      __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __13th__ day of _____November_____, 2008.

                                  BY THE COURT:

                                  *s/ Zita L. Weinshienk*
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court