IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00175-ZLW

VINCENT F. RIVERA, # 518548,

    Plaintiff,

v.

US REP. NANCY PELOSI,
JOHN RITTER, Governor of Colorado,
US SEN. WAYNE ALLARD,
COLORADO DEP'T OF CORRECTIONS,
US COMMERCE SEC'Y CLAROS GUTTIERREZ,
SEC'Y FOR HHS, MIKE LEAVITT,
CHEYENNE MTN. US NORAD SPACE COMM.,
US SEN. JOHN KERRY,
US SEN. RON WYDEN, and
HON. ZITA L. WEINSHIENK,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion to Reopen Judgment (Doc. No. 39), Mr. Rivera filed with the Court on January 6, 2009. Mr. Rivera was warned in the Court's August 1, 2008, Order that if he continues to submit inappropriate filings in the instant action he will be subject to sanctions. The Motion to Reopen is inappropriate. The Clerk of the Court is instructed to strike the Motion. Any further filings by Mr. Rivera in the instant action may subject him to further sanctions.

Dated: January 7, 2009

Copies of this Minute Order mailed on January 7, 2009, to the following:

Vincent F. Rivera
Prisoner No. 518545
Apalachee Corr. Inst.
35 Apalachee Drive
East Unit #102
Sneads, FL 32460

                      Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -7 2009

GREGORY C. LANGHAM
                CLERK